HENRY M. HUBSHMAN and Others, Plaintiffs, v. SAMUEL BOCK and Others, Appellants, and RAYON CORPORATION OF AMERICA and Others, Impleaded Defendants, Respondents.— Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and the motion to strike out paragraphs seventh and eighth of the answers of the impleaded defendants granted. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

J. HARRIS WARTHMAN, as Trustee under Section 77B of the Bankruptcy Act of the Estate of LAFRANCE INDUSTRIES, Debtor, Appellant, v. MANUFACTURERS TRUST COMPANY and Others, Respondents.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

DAVID BLOCK, Respondent, v. BEAUX ARTS LIQUOR STORE, INC., and HERMAN KLEIN, Appellants, Impleaded with Another, Defendant.— Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and the motion for the appointment of a receiver *pendente lite* and for injunctive relief denied. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of S. L. AYRES & CO., INC., Petitioner, Appellant, Respondent, to Compel SAMUEL REISNER and Another, Respondents, Appellants, to Arbitrate, Pursuant to a Contract of Arbitration, Certain Differences Existing between Them.— Order appealed from unanimously modified by striking from the second directory paragraph thereof the words " and it is further," and by striking out the last three paragraphs of said order, and as so modified affirmed, with twenty dollars costs and disbursements to the petitioner. We find that the evidence is insufficient to establish *prima facie* that petitioner is doing business in this State in violation of section 218 of the General Corporation Law. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

MAX MARCIN, Respondent, v. HELEN LOSCH, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 711 CORP., Relator, Appellant, v. WILLIAM STANLEY MILLER and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

ETHEL M. RIDGELY, Respondent, v. 58-59 REALTY CORPORATION and HARRY KING, Appellants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

SOPHIE WEINBERG, Appellant, v. GRACE NATIONAL BANK OF NEW YORK, Respondent.— Judgment and orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

FRANK CASSANO, Respondent, v. BERNICE CASSANO, Appellant.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Liquidation of NATIONAL SURETY COMPANY. CITY OF BRIDGEPORT, Claimant, Appellant; LOUIS H. PINK, Superintendent of Insurance